UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO.  17-04690 |
| vs. | |
| REGINALD A. KIRTZ | |
| Defendant | |

## PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on October 19, 2017.  The summons issued on or about October 19, 2017 spells the Defendant's name incorrectly in the caption.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 17-04690 |
| vs. | |
| REGINALD A. KIRTZ | |
| Defendant | |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

REGINALD A. KIRTZ
469 Blaker Drive
East Greenville, PA 18041

by mailing a true and correct copy thereof, postage prepaid, on this 31 day of October, 2017.

Respectfully submitted,
KML Law Group, P.C.

By: _Brittni Augustin_
Brittni Augustin, Legal Assistant
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
215-825-6470