

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-04690

Sheriff's Sale Date: _____

V.

REGINALD A. KIRTZ, ET AL,
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served REGINALD A. KIRTZ the above process on the 7 day of December, 2017, at 8:40 o'clock, A M, at 884 Oakdale Pottstown, PA 19464, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

[X] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: TEDRA BUTLER KIRTZ
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 36-40   Height 5'6   Weight 180   Race BLACK   Sex FEMALE   Hair BLACK
Military Status: [X] No   [ ] Yes   Branch: _____

Commonwealth/State of **Pa**   )
                              ) SS:
County of **Berks**           )

Before me, the undersigned notary public, this day, personally, appeared **Eric Afflerbach** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this **14** day of **Dec**, 20**17**.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My commission expires December 05, 2021
Commission number 1113554

File Number: USA-174781
Case ID #: 5054086