UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106

January 2, 2018

Rebecca Ann Solarz
KML Law Group PC
701 Market St
Suite 5000
Philadelphia, PA 19106

RE: United States of America v. Reginald A. Kirtz

CIVIL ACTION NO.: 17-04690

Dear Ms. Solarz:

A review of the Court's records shows that a pleading has not been made in the above-captioned action in response to the complaint by Defendant Reginald A. Kirtz.

If such a pleading is not filed by the above named defendants on or before January 12, 2018 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by January 22, 2018 the court may enter an order dismissing the case against the above named defendants for lack of prosecution.

Very Truly Yours,

Ulrike Hevener
Courtroom Deputy to Judge Kearney

CC By Mail: Reginald Kirtz