IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| | : |
| v. | : NO. 17-4690 |
| | : |
| REGINALD A. KIRTZ | : |

## ORDER

**AND NOW**, this 17th day of January 2018, upon considering the January 15, 2018 Entry of Default against Defendant Reginald A. Kirtz and Plaintiff's Motion for specific damages (ECF Doc. No. 6), it is **ORDERED**:

1. The Court shall hold a hearing to determine the precise amount of damages and address any defenses on **Monday, February 5, 2018** at **9:30 a.m. in Courtroom 6B**; and,

2. Plaintiff shall serve, by <u>both</u> hand-delivery and certified mail, receipt requested, this Order, and the Complaint (ECF Doc. No. 1) and Motion for specific damages (ECF Doc. No. 6) upon the Defendant no later than **January 19, 2018** with proof of service filed no later than **January 23, 2018.**

KEARNEY, J.