# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Plaintiff<br><br>vs.<br><br>REGINALD A. KIRTZ<br><br>                      Defendant | CIVIL NO. 17-04690 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certifies that the foregoing Complaint, Order and Motion for Default Judgment has been served by regular and certified mail, receipt requested, upon the parties listed below on January 19, 2018.

        REGINALD A. KIRTZ
        469 Blaker Drive
        East Greenville, PA 18041

        REGINALD A. KIRTZ
        884 Oakdale
        Pottstown, PA 19464

                                    Respectfully submitted,

                                    KML Law Group, P.C.

                                    By: _____
                                    Rebecca A. Solarz, Esquire
                                    Suite 5000 – BNY Independence Center
                                    701 Market Street
                                    Philadelphia, PA  19106-1532
                                    (215) 825-6327
                                    RSolarz@kmllawgroup.com



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Postage: $0.79
Certified Fee: 3.45
Return Receipt Fee (Endorsement Required): 2.80
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $7.04
Postmark: JAN 19 2018, PHILA, PA 19106, USPS CONTINENTAL STATION

Sent To: Reginald A. Kirtz
Street & Apt. No., or PO Box No.: 884 Oakdale
City, State, ZIP+4: Pottstown, PA 19464

PS Form 3800, July 2014

7014 2120 0000 4050 1306

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Postage: $0.79
Certified Fee: 3.45
Return Receipt Fee (Endorsement Required): 2.80
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $7.04
Postmark: JAN 19 2018, PHILA, PA 19106, USPS CONTINENTAL STATION

Sent To: Reginald A. Kirtz
Street & Apt. No., or PO Box No.: 409 Blaker Dr.
City, State, ZIP+4: East Greenville, PA 18041

PS Form 3800, July 2014

7014 2120 0000 4050 1290

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified ☐ Recorded Delivery (International)<br>☐ COD ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | KIRTZ, REGINALD A.<br>469 Blaker Drive<br>East Greenville, PA 18041 | | | | | | | | | | | |
| 2. | KIRTZ, REGINALD A.<br>884 Oakdale<br>Pottstown, PA 19464 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 2
Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W $002.70
0001391829 JAN 19 2018

USPS CONTINENTAL STATION
JAN 19 2018
PHILA PA. 19106

See Privacy Act Statement on Reverse

Complete by Typewriter, Ink, or Ball Point Pen

PS Form **3877**, February 2002 (Page 1 of 2)

USA-174781   Montgomery County   Sale Date:

REGINALD A. KIRTZ