

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>REGINALD A. KIRTZ, ET AL,<br>Defendant (Respondent) | CASE and/or DOCKET No.: 17-4690<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, MOTION FOR DEFAULT JUDGEMENT, COMPLAINT, MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served REGINALD A. KIRTZ the above process on the 19 day of January, 2018, at 6:03 o'clock, P.M. at 884 OAKDALE DR, POTTSTOWN PA 19464 County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: TEDRA BUTLER-KIRTZ
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 36-40  Height 5'5  Weight 165  Race BLACK  Sex FEMALE  Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __PA__ )
) SS:
County of __BERKS__ )

Before me, the undersigned notary public, this day, personally, appeared __SHANNON BECKIER__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-174781
Case ID #:5088456

Subscribed and sworn to before me
this __22__ day of __JANUARY__, 20__18__.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp., Berks County
My commission expires November 18, 2021