# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 17-04690 |
| vs. | |
| REGINALD A. KIRTZ | |
| Defendant | |

## CERTIFICATE OF SERVICE

I do hereby certify that service of the foregoing Statement of Damages and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment was made upon the following persons by mailing a true and correct copy thereof, postage prepaid, on this 2 day of February 2018, addressed as follows:

REGINALD A. KIRTZ
469 Blaker Drive
East Greenville, PA 18041

REGINALD A. KIRTZ
884 Oakdale
Pottstown, PA 19464

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
RSolarz@kmllawgroup.com