UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>REGINALD A. KIRTZ<br><br>Defendant | CIVIL NO. 17-04690 |

### CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certifies that the foregoing Order has been served by first class mail, postage pre-paid and certified mail, return receipt requested, upon the parties listed below on February 12, 2018.

REGINALD A. KIRTZ
469 Blaker Drive
East Greenville, PA 18041

REGINALD A. KIRTZ
884 Oakdale
Pottstown, PA 19464

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327