

U.S. Department of Justice

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

**FILED**
**JUN 13 2018**
KATE BARKMAN, Clerk
By_____ Dep. Clerk

CIVIL ACTION NO.: 17-04690

I, CHRISTOPHER ALEGADO, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at

469 BLAKER DRIVE, EAST GREENVILLE, PA 18041.

The public sale was held on JUNE 7, 2018

and the highest bidder was SARAH LIVENGOOD, BP REAL ESTATE INVESTMENT GROUP

who bid the amount of $ 57,000.

By: Chs Alegado #4029
Deputy U.S. Marshal



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Sarah on behalf of BP Real Estate Investment Group, LP

ADDRESS: 1770 Oregon Pike

Lancaster, PA 17601

PHONE (DAY): 717-669-5075 (Paul)

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group, LP

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Casey Wells

ADDRESS: 1525 Oregon Pike Suite 802
Lancaster, Pa 17601

PHONE (DAY): (717) 951-6506

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

LU Equity Holdings LLC

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Donna Kinley c/o 1995 Property Management, Inc.

ADDRESS: P.O. Box 1295

Seaford DE 19973

PHONE (DAY): 302 536-1404

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

1995 Property Management, Inc.
The above is precisely how the name(s) are to appear in the deed