# 1IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CIVIL ACTION |
| | : |
| v. | : NO. 17-4690 |
| | : |
| **REGINALD A. KIRTZ** | : |

## ORDER

**AND NOW**, this 19th day of July 2018, following our February 5, 2018 Order (ECF Doc. No. 16), upon considering Plaintiff's Motion for confirmation of public sale (ECF Doc. No. 23) and finding notice has been given to all lienholders of record and no objection has been made to the sale within the required thirty (30) day period, it is **ORDERED** Plaintiff's Motion for confirmation (ECF Doc. No. 23) is **GRANTED**:

1. The public sale held on June 7, 2018 is **confirmed**;

2. The Marshal shall execute and deliver to BP Real Estate Investment Group, LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of REGINALD A. KIRTZ in and to the premises sold located at 469 Blaker Drive, East Greenville, PA 18041; and,

3. We retain jurisdiction to enforce this Order.

KEARNEY, J.