## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

Plaintiff

vs.

Reginald A. Kirtz

Defendant(s)

CIVIL NO. 17-04690

**FILED**
AUG - 2 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ASSIGNMENT OF BID

       THIS ASSIGNMENT is made this __19th__ day of __July__ ____, 7/19/2018, by __BP Real Estate Investment Group LP__ _____ (Assignor) TO __BP Group LP__ _____ (Assignees).

       **WHEREAS**, Assignor was the successful bidder at the United States Marshal's Sale of June 7, 2018 for the Property known as 469 Blaker Drive, East Greenville, PA 18041.

       **WHEREAS**, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

BY:_____
       SUCCESSFUL BIDDER

As to Assignor

Sworn to and subscribed before me

This 19th day of July , 7/19/2018

_____
Notary Public

```
Commonwealth of Pennsylvania - Notary Seal
Valerie A. Ohweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries
```

Assignment of Bid (469 Blaker Drive, East Greenville, PA  18041)
Page 2

I hereby accept this Assignment of Bid.

BY: _____
     (Assignee)

Address: 1770 Oregon Pike Lancaster PA 17601
Phone Number: 717 669 5075
As to Assignee

Sworn to and subscribed before me

this 19th day of July, 7/19/2018.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Valerie A. Ohweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries