# 1IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 17-4690** |
| | : | |
| **REGINALD A. KIRTZ** | : | |

## ORDER

**AND NOW**, this 27th day of September 2018, upon considering Plaintiff's Application (ECF Doc. No. 26) for distribution of proceeds under our February 5, 2018 Order (ECF Doc. No. 16), consistent with 28 U.S.C. § 2001, and having found the United States Marshal sold the property subject of our February 5, 2018 Order (ECF Doc. No. 16) under our Judgment resulting in $57,000 in cash proceeds, it is **ORDERED** the Application (ECF Doc. No. 26) is **GRANTED** and the $57,000 in cash proceeds from the mortgage foreclosure shall be distributed to the United States Department of Justice re: CDS# 2017A79759.

_____
**KEARNEY, J.**